UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FERDINAND F. VALTEAU, JR., ET AL.**             **CIVIL ACTION**

**VERSUS**             **NO. 05-2775**

**CHASE MORTGAGE COMPANY-WEST**             **SECTION "K"(4)**
**AND THE CIVIL SHERIFF'S OFFICE**

## ORDER

On June 17, 2005, *Valteau, et al. v. Mellon Mortgage Company, et al.*, C. A. No. 05-2479 was removed to this Court by Chase Home Finance LLC and Monumental Life Insurance Company which was plaintiffs' "Petition for Breach of Contract, Fraud, Bad Faith, Invasion of Privacy and Wrongful Filing of Lawsuit. On July 7, 2005 Chase Home Finance, LLC removed *Valteau v. Chase Mortgage Company-West and the Civil Sheriff's Office*, C.A. No. 05-2775 which was plaintiffs' Petition for Preliminary Injunction and Permanent Injunction which had also been filed by the Valteaus in Civil District Court for the Parish of Orleans. All of these proceedings arise out of the attempted foreclosure by defendants on property owned by plaintiffs and has been the subject of apparently protracted litigation.

The Court denied a Motion to Dismiss filed by Chase in C.A. No. 05-2775 on August 18, 2005, noting that there was an issue as to whether the Court had jurisdiction over this matter considering that the Civil Sheriff's Office for the Parish of Orleans (the "Civil Sheriff") was a defendant, thereby defeating diversity jurisdiction. As such, it ordered that plaintiff to file a Motion to Remand to bring the issue of fraudulent joinder squarely before the Court no later than September 6, 2005 to be heard on September 21, 2005. Hurricane Katrina made this impossible.

Instead of filing the motion so ordered, plaintiffs on January 11, 2006, filed a Motion for Leave to File Plaintiffs' Motion to Consolidate Cases, for a Stay Order and to Dismiss Defendant

on January 11, 2006; however, it was not set for hearing nor actually filed into the record of this suit as the matter was improperly filed ex parte. By this Order, the Court will have the motion properly filed into the record and will rule accordingly.

The Court would note that the cases sought to be consolidated in this motion already have been, so to that degree, the instant motion is moot.

As to the Motion to Dismiss the Orleans Parish Civil Sheriff's Office, plaintiffs rather than file a Motion to Remand apparently now seek relief directly from this Court and request the dismissal of the non-diverse defendant–that is the Sheriff's Office, to which there is no opposition. To that end then, the motion shall be granted.

The final request contained in this motion is for the Court to issue a "stay order" prohibiting the defendants from proceeding with any judicial sale of the property in state court which is the subject of both cases until a hearing can be had on the consolidated case to resolve the injunction matter. Chase filed an opposition to this portion of the motion noting that in essence, plaintiffs sought a temporary restraining order and as such, the motion was deficient under Fed. R. Civ. 65(c). The Court agrees with this contention, and will deny the motion as filed as deficient.

However, considering the procedural quagmire present in this case, the Court finds that a status conference is required which counsel for all parties shall attend in order to discuss how this matter can proceed in an orderly fashion. For instance, plaintiff filed a "Memorandum in Opposition and Response to Defendant Chase's Permissive Counterclaim for Declaratory Relief" (Doc. 29); such a pleading is not procedurally responsive to a permissive counterclaim. Likewise, plaintiff apparently filed in an opposition to the afore-mentioned Motion to Dismiss, a request for Judgment

on the Pleadings pursuant to Rule 12(c); such a pleading is likewise procedurally deficient to trigger a proper hearing on such a "request". Accordingly,

**IT IS ORDERED** that the attached "Motion for Leave to File Plaintiffs' Motion to Consolidate Cases, For a Stay Order and to Dismiss Defendant" shall be filed into the record of this matter.

**IT IS FURTHER ORDERED** that the Motion to Consolidate Cases, For a Stay Order and to Dismiss Defendant" is **MOOT** with respect to the request to consolidate, is **GRANTED** with respect to the dismissal of the Orleans Parish Civil Sheriff's office, and is **DENIED** with respect to the request for a stay.

**IT IS FURTHER ORDERED** that a status conference shall be held in person on **June 30, 2006, at 11:00 a.m.** to determine what issues are properly before this Court and whether any should be disposed of by properly filed and noticed motion.

New Orleans, Louisiana, this __16th__ day of June, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**