UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FERDINAND F. VALTEAU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-2479**<br>**c/w 05-2775** |
| **CHASE MORTGAGE COMPANY-WEST, ET AL.** | **SECTION: "K"(4)** |

### ORDER

For the reasons assigned by the Court during the Oral Argument held on November 1, 2006,

**IT IS ORDERED** that Defendant Chase's Motion for Summary Judgment (Rec.Doc.No. 50) on its Permissive Counterclaim (Rec.Doc.No. 26) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the hazard insurance proceeds in the amount of $14,190.81 in Chase's possession and flood insurance proceeds in the amount of $55, 700.00 in the Valteaus' possession be applied to the Valteaus' indebtedness owed to Chase. The Valteaus must endorse and transfer the Fidelity check to Defendant Chase. If the Fidelity flood insurance check has gone stale or is otherwise nonnegotiable, the Court grants authority to Defendant

Chase to have Fidelity pay the proceeds under Valteaus' flood insurance policy directly to Defendant Chase.

**IT IS FURTHER ORDERED** that Defendant Chase's 12(b)(6) Motion to Dismiss (Rec.Doc.No. 50) Plaintiff's Injunction Action, Civil Action No. 05-2775 (Rec.Doc.No. 1), is hereby **GRANTED** and the Injunction Action is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this __2nd__ day of November, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**